MARGARET WEIS and Another, Respondents, v. ROYAL FREIGHT LINES, INC., Appellant, and EDWARD D. ASPINWALL, Defendant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals

denied. Stay continued until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.